No. 7,420.—WILBUR L. BEAUMONT, RESPONDENT, *v.* SNOOK ART CO. ET AL., APPELLANTS.

Decided March 22, 1935.

PER CURIAM.—Pursuant to the stipulation of the parties herein it is ordered that the appeal be dismissed as settled.

*Messrs. Wood & Cooke* and *Messrs. Brown & Jones,* for Appellants.

*Messrs. H. C. Crippen* and *H. C. Crippen, Jr.,* for Respondent.